UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LOWELL Q. GREEN,**<br>TDCJ No. 00518622,<br><br>　　　　　Petitioner,<br><br>v.<br><br>**BOBBY LUMPKIN, Director,**<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>　　　　　Respondent. | §§§§§§§§§§§§§ | CIVIL NO. SA-23-CA-0036-XR |

# JUDGMENT

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner Lowell Q. Green is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED** this the 10th day of January, 2023.

　　　　　　　　　　　　　　　　　　**XAVIER RODRIGUEZ**
　　　　　　　　　　　　　　　　　　United States District Judge